PHILLIP A. TALBERT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUWONNEE PONGNORSING; AND WESTSIDE PLAZA PHARMACY aka WEST MODESTO PHARMACY,<br><br>Defendants and Judgment Debtors.<br><br>HUMANA INSURANCE COMPANY, (and its Successors and Assignees),<br><br>Garnishee. | CASE NO. 2:17-MC-00061-MCE-CKD<br><br>**STIPULATION ADDING HUMANA PHARMACY SOLUTIONS, INC. AS GARNISHEE AND DROPPING GARNISHEE HUMANA INSURANCE COMPANY; ORDER**<br><br>[No hearing requested] |

Counsel for plaintiff United States and counsel for garnishee Humana Insurance Company (Humana) and proposed garnishee Humana Pharmacy Solutions, Inc. (the Stipulating Entities) hereby stipulate as follows:

1. Garnishee Humana filed its Acknowledgement of Service and Answer (the Answer) to the United States' writ of garnishment on May 22, 2017. ECF No. 8. Humana disclosed in its Answer that it utilizes Humana Pharmacy Solutions, Inc. as Humana's pharmacy benefits manager (PBM) to negotiate and contract prescription reimbursement rates with retail pharmacies such as defendants Westside Plaza Pharmacy aka West Modesto Pharmacy. *Id.*, at paragraphs 1 – 3. As Humana's PBM, Humana Pharmacy Solutions, Inc. is authorized to, and responsible for contracting, processing, and

STIPULATION RE GARNISHMENT; ORDER            1

paying the defendant pharmacies for pharmacy and drug services Defendants provide to Humana's enrollees and members. *Id*., at paragraph 3.

2. Humana does not hold any property in which the Defendants maintain an interest subject to this writ because it uses Humana Pharmacy Solutions, Inc. as its PBM. *Id*., at paragraph 6. Humana Pharmacy Solutions, Inc. reimburses Defendants for the prescription drug claims Defendants submit for reimbursement. Accordingly, Humana Pharmacy Solutions, Inc. is the proper garnishee in this case. *Id*., at paragraph 4.

3. Humana Pharmacy Solutions, Inc. filed an Answer to the United States' writ of garnishment on May 22, 2017. ECF No. 9. Its Answer states it is holding property (prescription drug reimbursement payments) in which the Defendants maintain an interest subject to this garnishment action. *Id*., at paragraph 6. Humana Pharmacy Solutions, Inc.'s Answer further states it anticipates owing Defendants drug reimbursement payments in the future. *Id*., at paragraph 7.

4. Based on the foregoing, the Stipulating Entities agree that the Court can and should enter an order adding Humana Pharmacy Solutions, Inc. as the garnishee and dropping Humana as the original garnishee. The Court may add or drop a party in the case "at any time, on just terms." Fed. R. Civ. P. Rule 21. Granting the requested relief will ensure that the Court can issue an effective decree should it grant the United States' application for a final order of garnishment directing the payment of funds Humana Pharmacy Solutions, Inc. is currently withholding. The requested order will not prejudice Defendants; they are already aware that the United States seeks to garnish drug reimbursements Defendants transmitted on behalf of patients enrolled in Humana's medical insurance program. ECF No. 7. ECF filing No. 7 includes a notice and instructions to Defendants concerning their rights to oppose this proceeding, as well as the opportunity to object to the Answers filed in this case and request

///
///
///
///
///
///

a hearing thereon.  Accordingly, the Stipulating Entities request that the Court enter an order as follows:

      A.     Adding Humana Pharmacy Solutions, Inc. as the garnishee in this case; and

      B.     Dropping Humana Insurance Company as the garnishee in this case.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
United States Attorney

Dated: June 5, 2017            By:   */s/ Kurt A. Didier*
                                            KURT A. DIDIER
                                            Assistant United States Attorney

FOR GARNISHEE HUMANA INS. CO.
AND HUMANA PHARMACY SOLUTIONS, INC.:

Dated: June 5, 2017            By:   [signature]
                                            ALEXANDER L. NOWINSKI
                                            DAPONDE, SZABO, ROWE

# **O R D E R**

The Court, having reviewed the court files and the Stipulation Adding Humana Pharmacy Solutions, Inc. as Garnishee and Dropping Garnishee Humana Insurance Company (the "Stipulation"), and good cause appearing therefrom, herby APPROVES the Stipulation. Accordingly, it is hereby ordered that:

1. Humana Pharmacy Solutions, Inc. is ADDED as garnishee in this case.
2. Humana Insurance Company is DROPPED as garnishee in this case.
3. All future filings in this case shall IDENTIFY Humana Pharmacy Solutions, Inc. as the sole garnishee.
4. The Defendants and the United States' time to OBJECT to the Answers filed in this case is as stated in 28 U.S.C. § 3205(c)(5).

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE